IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 10-CV-1367-PK |
| Plaintiff, | ORDER |
| v. | |
| 911 MANAGEMENT, LLC, and DANIEL DENT, | |
| Defendants. | |

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#14) on January 18, 2011, in which he recommends this Court deny Defendant Daniel Dent's Motion (#3) to Dismiss

1 - ORDER

for Failure to Join an Indispensable Party. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#14). Accordingly, the Court **DENIES** Defendant Dent's Motion (#3) to Dismiss for Failure to Join an Indispensable Party.

IT IS SO ORDERED.

DATED this 23rd day of March, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER